UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LIONS GATE CORPORATION,<br><br>    Plaintiff,<br><br>vs.<br><br>LOUISA BREAUD, an individual; CAURELANE, S.A.R.L.; DOES 1-10,<br><br>    Defendants. | Case No: C 10-5519 SBA<br><br>**ORDER TO SHOW CAUSE RE DISMISSAL** |

This Court previously scheduled a telephonic Case Management Conference for June 12, 2013, and ordered Plaintiff to file a Joint Case Management Conference Statement at least ten days in advance of the hearing. Plaintiff has failed to file a Case Management Statement as ordered. The failure to comply with the Federal Rules of Civil Procedure, the Local Rules of the Court or any Court Order is grounds for dismissal of this action under Federal Rule of Civil Procedure 41(b). See <u>Ferdik v. Bonzelet</u>, 963 F.2d 1258, 1260 (9th Cir. 1992). Accordingly,

IT IS HEREBY ORDERED THAT:

1. The parties shall show cause why the instant action should not be dismissed under Rule 41(b) for failure to comply with a Court order. Within seven (7) days of the date this order is filed, the parties shall file a Certificate of Counsel to explain why the case should or should not be dismissed. The Certificate shall set forth the nature of the cause, its present status, the reason it has not been brought to trial or otherwise terminated, any basis for opposing dismissal and its expected course if not dismissed. FAILURE TO FULLY COMPLY WITH THIS ORDER WILL BE DEEMED SUFFICIENT GROUNDS TO DISMISS THE ACTION, WITHOUT FURTHER NOTICE.

2. The Case Management Conference scheduled for June 12, 2013 is CONTINUED to July 30, 2013 at 3:15 p.m. Prior to the date scheduled for the conference, the parties shall meet and confer and prepare a joint Case Management Conference Statement which complies with the Standing Order for All Judges of the Northern District of California and the Standing Orders of this Court. Plaintiff shall assume responsibility for filing the joint statement no less than seven (7) days prior to the conference date. Plaintiff's counsel is to set up the conference call with all the parties on the line and call chambers at (510) 637-3559. NO PARTY SHALL CONTACT CHAMBERS DIRECTLY WITHOUT PRIOR AUTHORIZATION OF THE COURT.

IT IS SO ORDERED.

Dated: June 12, 2013

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge